684 A.2d 1046

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Samuel ENGLISH, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 31, 1996.

Jeffrey J. Crossland, Lewisburg, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 31st day of October, 1996, the Petitions for Allowance of Appeal are GRANTED, but LIMITED to the following issue:

"Whether the Superior Court erred in reversing the decision of the trial court with respect to the granting of a new trial in the "interest of justice" due to the cumulative effect of the expert testimony offered by the Commonwealth and the possibility of a tainted jury."

In addressing this issue, the parties are instructed to speak to the applicability of *Commonwealth v. Powell,* 527 Pa. 288, 590 A.2d 1240 (1991) to this case.